UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

ILUMINADA C. QUESADA,                                    Case No. 15-16297-BKC-LMI
                                                         Chapter 7

        Debtor.

_____/

ILUMINADA C. QUESADA,                                    Adv. Pro. No. 15-01402-LMI

        Plaintiff,

v.

NAVIENT SOLUTIONS, INC.
F/K/A SALLIE MAE, INC.

        Defendant.

_____/

### DEBTOR'S EX PARTE MOTION TO REFUND FILING FEE

Debtor, Iluminada Quesada, moves for the entry of an order directing the clerk to refund the $350.00 filing fee paid in this case and states:

1.      On April 7, 2015, the Debtor filed a voluntary chapter 7 petition. [Main Case, ECF No. 1].

2.      On April 13, 2015, the Court entered an Order Granting Application for Waiver of the Chapter 7 Filing Fee. [Main Case, ECF No. 3].

3.      On June 11, 2015, the Debtor filed the instant adversary complaint [ECF No. 1] (the "Complaint") seeking a determination of dischargeability of student loans due to an undue hardship.

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363

4.      Pursuant to LR 1006-1(B)(1)(7), the "entry of an order waiving the chapter 7 filing fee shall be deemed an order waiving other fees scheduled by the Judicial Conference under 28 U.S.C. §§1930(b) and (c) unless otherwise ordered by the court."

5.      The $350.00 adversary proceeding filing fee is a fee authorized under 28 U.S.C. § 1930(b).

6.      Thus, the $350.00 fee should have been waived.

7.      However, the CM/ECF system does not provide an option not to pay the filing fee at the time of filing unless the complaint is filed by the trustee.

8.      As such, undersigned counsel paid the filing fee in order to file the Complaint, as set forth in the receipt, attached as Exhibit A.

9.      However, since the filing fee should have been waived, the Debtor requests the fee be refunded.

WHEREFORE, the Debtor requests this Court enter an order directing the clerk to refund the $350.00 filing fee, and grant such other and further relief as is just and appropriate.

s/ Lawrence E. Pecan
Lawrence E. Pecan, Esquire
Florida Bar No. 99086
lpecan@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221
*Attorneys for Debtor*

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363