

**ORDERED in the Southern District of Florida on June 12, 2015.**

*(signature)*

**Laurel M. Isicoff, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

ILUMINADA C. QUESADA,                              Case No. 15-16297-BKC-LMI
                                                   Chapter 7

    Debtor.
_____/

ILUMINADA C. QUESADA,                              Adv. Pro. No. 15-01402-LMI

    Plaintiff,

v.

NAVIENT SOLUTIONS, INC.
F/K/A SALLIE MAE, INC.

    Defendant.
_____/

**ORDER GRANTING
DEBTOR'S EX PARTE MOTION TO REFUND FILING FEE**

This matter came before the Court ex parte upon the Debtor's Motion to Refund Filing Fee [ECF No. 2] (the "Motion"). The Court, having considered the Motion, determining that the filing fee should have been waived pursuant to LR 1006-1(B)(1)(7), and being duly informed in the premises, ORDERS that.

1. The Motion is GRANTED.

2. The clerk shall refund the $350.00 filing fee paid in this case to the Debtor's attorneys' plastic card payment source.

###

Submitted by:

Lawrence E. Pecan, Esquire
Florida Bar No. 99086
lpecan@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221
*Attorneys for Debtor*

Attorney Pecan is directed to serve a copy of this Order and file a Certificate of Service